# Exhibit E

**Subleasing Consent and Amendment**

This Subleasing Consent and Amendment (this "**Amendment**") is entered into on this 27 day of September, 2017 modifies and amends the terms of that certain Equipment Schedule No. 001 dated as of September 27, 2017 (the "**Schedule**"), to that certain Master Equipment Lease Agreement No. 10194, dated as of September 25, 2017, each by and between DC SOLAR DISTRIBUTION, INC. ("**Customer**") and SunTrust Equipment Finance & Leasing Corp. (together with its successors and assigns, "**STEFL**").  The Schedule and the Master Lease, solely to the extent the Master Lease is incorporated into the Schedule, are hereafter referred to as the "**Lease**."   All capitalized terms used herein and not defined herein shall have the meanings set forth or referred to them in the Lease.  Except as specifically set forth herein, all of the terms and conditions of the Lease shall remain in full force and effect.  To the extent that the provisions of this Amendment conflict with any provisions contained in the Lease, the provisions of this Amendment shall control.

Customer desires to lease, sublease, rent or otherwise permit use of certain Equipment in accordance with the terms and provisions hereof to: INTERNATIONAL SPEEDWAY CORPORATION ("**Sublessee**").  Any written agreements with Sublessee concerning the lease, sublease, rental or use of the Equipment is hereafter referred to, individually and collectively, as the "**Sublease Agreement**").

Customer and STEFL hereby agree as follows:

1. Any provision of the Lease to the contrary notwithstanding, Customer may lease, sublease, rent or otherwise permit use of  the Equipment in the regular course of its business to Sublessee in accordance with all of the terms and provisions hereof. Each Sublease Agreement, and the rights of Sublessee in and to the Equipment thereunder, shall be subject and subordinate to all of the rights, title and interests of STEFL under the Lease.  Each Sublessee shall expressly acknowledge and agree in writing (pursuant to the terms of any Sublease Agreement or a separate acknowledgment or agreement or otherwise) to the terms and provisions of the Sublessee Acknowledgement appearing at the end of this Amendment.  No Sublease Agreement shall relieve Customer from any of its obligations owing to STEFL under the Lease.

2. To further secure the payment of the Rent and the performance by Lessee of all of its obligations under the Lease as and when due, Customer hereby assigns and grants to STEFL a continuing security interest in any and all Sublease Agreements and all proceeds thereof, including proceeds in the form of goods, accounts, chattel paper, documents, instruments, general intangibles, investment property, deposit accounts, letter of credit rights and supporting obligations, and all books and records regarding the foregoing (all of which shall constitute "**Collateral**" in addition to the Collateral identified in the Lease).  In furtherance thereof, Customer agrees, upon the request of STEFL, to (i) mark all Sublease Agreements with such legends as may be specified by STEFL to the effect that they are subject and subordinate to the Lease; (ii) to deliver originals of each Sublease Agreement to STEFL so that STEFL shall be assured of perfection of its security interest therein by possession of all chattel paper forming a part of any Sublease Agreement; and (iii) to do, make, execute and deliver all such additional and further acts, assurances and instruments as STEFL may reasonably require in order to vest in and assure to STEFL its rights in each Sublease Agreement or any other Collateral.  Customer irrevocably authorizes STEFL to file UCC Statements and other filings with respect to the Collateral without Lessee's authentication to the extent permitted by Applicable Law.

3. Customer warrants and represents that: (i) any Sublease Agreement is and shall be a true lease and not a lease intended as security, or a lease which creates a security interest under the UCC; (ii) each Sublease Agreement is and shall be genuine and executed by the parties identified therein, which parties shall be duly authorized to execute such Sublease Agreements; (iii) each Sublease Agreement is and shall be the exclusive Sublease Agreement executed in connection with the use and possession of the Equipment by the Sublessee and for the time period identified therein; (iv) all information in each Sublease Agreement or supplied by Customer to STEFL in connection with each Sublease Agreement is and shall be true and correct; (v) each Sublease Agreement and the Equipment are and shall be free and clear of all Liens (other than Permitted Liens); (vi) the obligations of Sublessee to make payment under any Sublease Agreement shall be free and clear of any and all defenses, offsets or counterclaims which may be asserted by Sublessee or any other party against Customer; (vii) Customer has not and will not, without the prior written consent of STEFL, accept in excess of one month advance rent under any Sublease Agreement; (viii) Customer will not, without the prior written consent of STEFL which consent shall not be unreasonably withheld or delayed, allow the Equipment to be operated outside of the continental United States, and

will not modify amend or extend the time for payment or waive performance in any material respect under any Sublease Agreement without the express prior written consent of STEFL; and (ix) Customer shall maintain business records concerning the Equipment and the Sublease Agreements satisfactory in all respects to STEFL, and allow STEFL to, upon reasonable prior written notice, inspect and copy all such business records during regular business hours. Customer further agrees to, upon reasonable prior written notice, allow and ensure STEFL access to the Equipment in order to inspect and photograph the Equipment at each location where the Equipment may then be located subject to the terms and conditions set forth in the Lease.

4. Customer assigns its rights but not its obligations under any Sublease Agreement to STEFL hereunder. Customer shall continue to be obligated to perform all of the contractual duties imposed on it set forth in any Sublease Agreement. In the event that Customer fails to perform any of its duties or obligations set forth in any Sublease Agreement and such failure results in any Claims made or asserted against STEFL or any Indemnitee, Customer shall pay, and defend, indemnify and hold each Indemnitee harmless from and against any such Claims.

5. It shall be an additional Event of Default under the Lease if Customer fails to perform any of its duties or obligations in connection with any Sublease Agreement, which failure continues for more than 10 days. Upon the occurrence of an Event of Default under the Lease, STEFL: (a) may exercise all of the rights and remedies set forth in the Lease or any Sublease Agreement; (b) shall have the right to notify any Sublessee under any Sublease Agreement to make payments directly to STEFL, and shall have full authority to take possession and control of the cash and non-cash proceeds thereof, with full power to settle or compromise disputed claims thereon, and to apply the same to Customer's obligations to STEFL in such manner and order as STEFL shall determine in its sole discretion; (c) is hereby constituted and appointed as Customer's true and lawful attorney-in-fact of with full power: (i) to endorse the name of Customer upon any instruments of payment (including payments made under any policy of insurance) that may come into possession of STEFL in full or partial payment of any amount owing under or in respect of the Lease or any Sublease Agreement; and (ii) to sell, assign, sue for, collect or compromise payment of all or any part of the Collateral in the name of Customer or in its own name, or to make any other disposition of Collateral, or any part thereof, which disposition may be for cash, credit or any combination thereof (it being understood and agreed that this power of attorney is coupled with an interest and shall be irrevocable so long as any obligations of Customer to STEFL shall remain outstanding). STEFL shall have, in addition to any other rights and remedies contained in this Amendment, the Lease, any Sublease Agreement, and any other agreements, guarantees, notes, instruments and documents now or hereafter executed by Customer and delivered to STEFL, all of the rights and remedies of a secured party under the UCC and any Applicable Laws, all of which shall be deemed cumulative and not alternative and are not exclusive of any other remedies provided by law.

IN WITNESS WHEREOF, the undersigned have executed this Subleasing Consent and Amendment as of the date first hereinabove written.

| DC SOLAR DISTRIBUTION, INC. | SUNTRUST EQUIPMENT FINANCE & LEASING CORP. |
|---|---|
| By: _____ | By: _____ |
| Name: Paulette Carpoff | Name: |
| Title: President | Title: |

will not modify amend or extend the time for payment or waive performance in any material respect under any Sublease Agreement without the express prior written consent of STEFL; and (ix) Customer shall maintain business records concerning the Equipment and the Sublease Agreements satisfactory in all respects to STEFL, and allow STEFL to, upon reasonable prior written notice, inspect and copy all such business records during regular business hours. Customer further agrees to, upon reasonable prior written notice, allow and ensure STEFL access to the Equipment in order to inspect and photograph the Equipment at each location where the Equipment may then be located subject to the terms and conditions set forth in the Lease.

4. Customer assigns its rights but not its obligations under any Sublease Agreement to STEFL hereunder. Customer shall continue to be obligated to perform all of the contractual duties imposed on it set forth in any Sublease Agreement. In the event that Customer fails to perform any of its duties or obligations set forth in any Sublease Agreement and such failure results in any Claims made or asserted against STEFL or any Indemnitee, Customer shall pay, and defend, indemnify and hold each Indemnitee harmless from and against any such Claims.

5. It shall be an additional Event of Default under the Lease if Customer fails to perform any of its duties or obligations in connection with any Sublease Agreement, which failure continues for more than 10 days. Upon the occurrence of an Event of Default under the Lease, STEFL: (a) may exercise all of the rights and remedies set forth in the Lease or any Sublease Agreement; (b) shall have the right to notify any Sublessee under any Sublease Agreement to make payments directly to STEFL, and shall have full authority to take possession and control of the cash and non-cash proceeds thereof, with full power to settle or compromise disputed claims thereon, and to apply the same to Customer's obligations to STEFL in such manner and order as STEFL shall determine in its sole discretion; (c) is hereby constituted and appointed as Customer's true and lawful attorney-in-fact of with full power: (i) to endorse the name of Customer upon any instruments of payment (including payments made under any policy of insurance) that may come into possession of STEFL in full or partial payment of any amount owing under or in respect of the Lease or any Sublease Agreement; and (ii) to sell, assign, sue for, collect or compromise payment of all or any part of the Collateral in the name of Customer or in its own name, or to make any other disposition of Collateral, or any part thereof, which disposition may be for cash, credit or any combination thereof (it being understood and agreed that this power of attorney is coupled with an interest and shall be irrevocable so long as any obligations of Customer to STEFL shall remain outstanding). STEFL shall have, in addition to any other rights and remedies contained in this Amendment, the Lease, any Sublease Agreement, and any other agreements, guarantees, notes, instruments and documents now or hereafter executed by Customer and delivered to STEFL, all of the rights and remedies of a secured party under the UCC and any Applicable Laws, all of which shall be deemed cumulative and not alternative and are not exclusive of any other remedies provided by law.

IN WITNESS WHEREOF, the undersigned have executed this Subleasing Consent and Amendment as of the date first hereinabove written.

DC SOLAR DISTRIBUTION, INC.            SUNTRUST EQUIPMENT FINANCE & LEASING CORP.

By: _____            By: _/s/ John B. Peely_____
Name:                                   Name:
Title:                                  Title:

**SUBLESSEE ACKNOWLEDGMENT**

As required by that certain Subleasing Consent and Amendment, dated as of September 27, 2017 (the "**Amendment**"), by and between DC SOLAR DISTRIBUTION, INC. ("**Customer**") and SunTrust Equipment Finance & Leasing Corp. (together with its successors and assigns, "**STEFL**"), each Sublessee acknowledges and agrees to the terms and provisions of the Lease as amended by the Amendment, and further acknowledges and agrees that:  (i) the Equipment shall be used and operated by the Sublessee in accordance with the terms of the Lease;  (ii) Sublessee shall not enter into any Sublease Agreements concerning the Equipment without the prior written approval of STEFL and shall not prepay in excess of one month advance rent under any Sublease Agreement or modify amend or extend the time for payment or performance in any material respect of its obligations under any Sublease Agreement without the express prior written consent of  STEFL; (iii) Sublessee shall perform all of its obligations under any Sublease Agreement in accordance with the terms and provisions of the Amendment; (iv) the rights of each Sublessee in and to the Equipment shall be subject and subordinate to the rights of STEFL under the Lease as provided herein, and Sublessee shall not assert or claim any right, title or interest as the owner or holder of legal or equitable title to any Equipment; (v) Sublessee shall make payments under any Sublease Agreement directly to STEFL following receipt of written notice from STEFL of the occurrence of an Event of Default by Customer under the Lease; (vi) any Sublease Agreement and all of Sublessee's rights in and to the use and possession of the Equipment shall terminate, at the option of STEFL, upon the expiration or earlier termination of the Lease, by reason of the occurrence of an Event of Default by Customer under the Lease or otherwise, and Sublessee shall thereupon return the Equipment to STEFL in accordance with all of the terms and provisions of the Lease.  All capitalized terms used herein and not defined herein shall have the meanings set forth or referred to them in the Subleasing Consent and Assignment (or the Lease, if applicable).

**Sublessee**: INTERNATIONAL SPEEDWAY CORPORATION

By: _____
Name: _____
Title: _____