# Exhibit I



March 8, 2019

Via Email to gmotto@iscmotorsports.com and
Federal Express Overnight Delivery

International Speedway Corporation
ATTN: Mr. Greg Motto, CFO and Treasurer
International Motorsports Center
One Daytona Boulevard
Daytona Beach, Florida 32114

Re: Mobile Solar Equipment Sublease dated September 27, 2017 (the "Sublease"), between SunTrust Equipment Finance & Leasing Corp. as successor to sublessor DC Solar Distribution, Inc. ("STEFL" and/or "Sublessor"), and International Speedway Corporation as sublessee ("ISC" and/or "Sublessor")

Mr. Motto:

This letter serves as written notice by STEFL to ISC that due to ISC's failure to make the February 1, 2019 and March 1, 2019 Base Rent payments to STEFL, as required by paragraph 4 of the Sublease and as timely invoiced to ISC by STEFL, before or by February 5, 2019 and March 5, 2019 respectively, that both of these referenced ISC Base Rent payments are now late.

Further, this letter also serves as notice to ISC that pursuant to paragraph 4 of the Sublease that ISC must, via payment of the February 2019 and March 2019 Base Rent as invoiced by STEFL, cure both of these late payments within ten (10) business days of receipt of this notice, or by close of business on March 22, 2019. Failure to so cure will allow STEFL to pursue its remedies under the Sublease.

Please contact me at 667-210-5618 or via email at Patrick.McIntyre@suntrust.com to resolve or discuss this matter.

Sincerely,

Patrick McIntyre
Vice President, Region Portfolio Manager

Cc: Lawrence Cooper