# Exhibit J

## ADDENDUM TO MOBILE SOLAR EQUIPMENT SUBLEASE

THIS ADDENDUM #1 TO MOBILE SOLAR EQUIPMENT SUBLEASE ("Addendum #1"), entered into this 27 day of September, 2017, is attached to and made part of that certain Mobile Solar Equipment Sublease dated September 27, 2017, by and between DC SOLAR DISTRIBUTION, INC., a California corporation ("Sublessor") and International Speedway Corporation, a Florida corporation ("Sublessee").

1. The Sublease shall be deemed to be amended, with the following provisions inserted into the Sublease:

22. Notwithstanding any other provision of the Sublease to the contrary, Sublessee shall have the right to terminate the Sublease in its entirety or either Schedule A-1, with or without cause, upon six (6) months' prior written notice to Sublessor, provided such termination for convenience rights may be exercised by providing such notice to Sublessor no earlier than five (5) years after the commencement of the Sublease. Further, without prejudice to any other rights of Sublessee, at any time during the term of the Sublease, Sublessee shall have the right to terminate the Sublease upon 30 days written notice to Sublessor if Sublessor fails to observe or perform any material obligation required by the Sublease.

23. **Cross-Default.** If Sublessor defaults on its obligations to Sublessee or to any affiliate, then and in that event, Sublessee, and any Sublessee affiliate with contractual relationships with Sublessor, in the sole discretion of each separate entity, shall be entitled to declare a cross-default on any other contracts or obligations Sublessor has with Sublessee or a Sublessee affiliate, as the case may be and seek all available remedies for such default, including but not limited to termination of such agreement. This includes but is not limited to the Sponsorship Agreement between Sublessor and Phoenix Speedway, LLC, the Marketing Agreement between Sublessor and Daytona International Speedway, LLC, the Sponsorship Agreement between Sublessor and Darlington Raceway of South Carolina, LLC and the 2018 Sponsorship Agreement (as defined below).

24. (a) Sublessor is entering a sponsorship agreement between Sublessor and Sublessee affiliates California Speedway Corporation, Michigan International Speedway, Inc., Talladega Superspeedway, LLC, Kansas Speedway Corporation, and Darlington Speedway of South Carolina, LLC (collectively the "2018 Sponsorship Agreements").

(b) In the event (i) the 2018 Sponsorship Agreements are not fully executed by Friday, October 6, 2017, (ii) Sublessee or its affiliate terminates any of the 2018 Sponsorship Agreements in accordance with the terms of such 2018 Sponsorship Agreement, (iii) Sublessor or its affiliate fails to make a payment in accordance with the terms of the 2018 Sponsorship Agreements following any applicable cure period, or (vi) Sublessor or its affiliate terminates one of the 2018 Sponsorship Agreements in accordance with the terms of such 2018 Sponsorship Agreement, Sublessee in its sole discretion shall have the right to terminate the Sublease upon written notice to Sublessor. In the event of a termination pursuant to this Section 24, any and all costs incurred for the return of the solar equipment shall be borne solely by Sublessor.

2. Except as set forth herein, all other terms and conditions in the Sublease shall be in full force and effect. In the event of a conflict between the terms and provisions of this Addendum #1 and the terms and provisions the Sublease, this Addendum #1 shall control.

4. This Addendum #1 shall be binding upon the parties and their respective heirs, successors and assigns. This Addendum #1 may only be modified by a written agreement signed by the parties. If any provision of this Addendum #1 is deemed illegal or unenforceable, that provision shall be severed and the remainder shall be enforced in accordance with the intentions of the parties. This Addendum #1 may be executed in counterparts, all of which, when delivered, shall constitute one and the same instrument.

IN WITNESS WHEREOF, the parties hereto have executed this Addendum #1 as of the date first set forth above.

SUBLESSOR:
DC SOLAR DISTRIBUTION, INC.

By: _____
Its: Vice President

SUBLESSEE:
INTERNATIONAL SPEEDWAY CORPORATION

By: _____
Its: SVP, Legal

Kori Jessel
Digitally signed by Kori Jessel
DN: cn=Kori Jessel, o=ISC, ou=Legal, email=kjessel@iscmotorsports.com, c=US
Reason: I attest to the accuracy and integrity of this document and certify that it has been compared and is a true and correct copy of the best available copy of the original executed instrument
Date: 2017.09.28 08:45:23 -04'00'

Mobile Solar Equipment
Sublease No. 3731

2