# Exhibit L

## ADDENDUM TO MOBILE SOLAR EQUIPMENT SUBLEASE

THIS ADDENDUM #2 TO MOBILE SOLAR EQUIPMENT SUBLEASE ("Addendum #2"), entered into this 6th day of March 2018, is attached to and made part of that certain Mobile Solar Equipment Sublease dated September 25, 2017, the First Addendum Dated September 27, 2017 ("Sublease"), by and between DC SOLAR DISTRIBUTION, INC., a California corporation ("Sublessor") and International Speedway Corporation, a Florida corporation ("Sublessee").

The Sublease shall be deemed to be amended as follows:

1.　Section 2 (MASTER LEASE) shall be deleted in its entirety and replaced with the following new Section 2:

2.　MASTER LEASE. Sublessee's use of the Solar Equipment is subject to all terms and conditions of the Master Lease. To the extent there is a conflict between the terms of the Master Lease and this Sublease, this Sublease shall prevail. No term, condition or provision of the Master Lease may be modified, amended or deleted without the prior written consent of Lessor.

2.　Section 11 (TAXES) shall be deleted in its entirety and replaced with the following new Section 11:

11.　TAXES. Sublessee shall comply with all laws and regulations relating to the use of the Solar Equipment. Sublessor shall pay when due, all license fees, registration fees, sales taxes, use and property taxes, assessments, charges and other taxes, municipal, state and federal, which may now or hereafter be imposed upon the possession, leasing, renting, operation, control, or use of the Solar Equipment.

3.　Except as set forth herein, all other terms and conditions in the Sublease and the First Addendum shall be in full force and effect. In the event of a conflict between the terms and provisions of this Addendum #2 and the terms and provisions the Sublease and the First Addendum, this Addendum #2 shall control.

4.　This Addendum #2 shall be binding upon the parties and their respective heirs, successors and assigns. This Addendum #2 may only be modified by a written agreement signed by the parties. If any provision of this Addendum #2 is deemed illegal or unenforceable, that provision shall be severed and the remainder shall be enforced in accordance with the intentions of the parties. This Addendum #2 may be executed in counterparts, all of which, when delivered, shall constitute one and the same instrument.

Signatures on following page.

IN WITNESS WHEREOF, the parties hereto have executed this Addendum #2 as of the date first set forth above.

SUBLESSOR:
DC SOLAR DISTRIBUTION, INC.

By: _____
Its: _____ V.P

SUBLESSEE:
INTERNATIONAL SPEEDWAY CORPORATION

By: _____
Its: _____ VP, CSO