# Exhibit 22

Message
_____

**From:**      Watts.Lawrence [/O=SUNTRUST/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=WATTS.LAWRENCED31]
**Sent:**      9/26/2017 3:09:13 PM
**To:**        Culos.Patricia [/O=SUNTRUST/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Culos.Patriciabef]; Blades.Luke [/O=SUNTRUST/OU=EXCHANGE
               ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Blades.Luke561]; Hardy.Ann
               [/O=SUNTRUST/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Hardy.Ann85c];
               Capps.James.Robert [/O=SUNTRUST/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Capps.James Robertd2f]
**Subject:**   RE: App #18288 for DC SOLAR DISTRIBUTION INC approved

_____

Nice thx

Lawrence A. Watts III I Managing Director & Head of Originations I Equipment Finance Group
SunTrust Equipment Finance & Leasing Corp. |  4777 Sharon Road; 4th floor; Charlotte, NC  28210
(O: 704-362-8533  | (C: 704-620-9084  | *: Email: Lawrence.watts@suntrust.com


-----Original Message-----
From: Culos.Patricia
Sent: Tuesday, September 26, 2017 3:03 PM
To: Blades.Luke; Hardy.Ann; Capps.James.Robert; Watts.Lawrence
Subject: FW: App #18288 for DC SOLAR DISTRIBUTION INC approved

Deal has been approved.

-----Original Message-----
From: Michael.Hoehn@SunTrust.com [mailto:Michael.Hoehn@SunTrust.com]
Sent: Tuesday, September 26, 2017 2:56 PM
To: Blades.Luke; Dease.Allison; Camp.Ann; Larson.Arianna; Brock.Carey; Deornellis.Corina;
Waterford.Curtis; Benjamin.Dondra; Akuffo.Freda; Vogt.Greg; Coles.John; Grapes.Jonathan.P;
Pigott.Lorraine; Goldman.Mark; Millicent.Scandrett@suntrust.com; Logan.Monique; Lastner.Myra;
Rucker.Nadya; Donadelle.Patrece; Culos.Patricia; Anello.Richard; Wilson.Rosaland; Hendricks.Simone
Subject: App #18288 for DC SOLAR DISTRIBUTION INC approved

This automated email is to inform you that application #18288 for $80,000,000.00 has just been approved
for DC SOLAR DISTRIBUTION INC:

SUBMITTER:  Capps, James
PRISM:  7
Structure:  FAIR MARKET VALUE
Term in Months:  120
Collateral: 2017 DC SOLAR MOBILE SOLAR UNITS "ECLIPSE"
Facility Score:  D
Facility Type Expire Date:  2017-12-31

**Exhibit #**

12/1/2020

**ISC 77**

exhibitsticker.com